151365 Case: 1:05-cv-00281-SJD Doc #: 23 Filed: 01/12/07 Page: 1 of 3 PAGEID #: 80
Case 1:05-cv-00281-SJD Document 25 Filed 01/11/2007 Page 1 of 3

01/09/2007 15:22  8432365664                    MBE                                PAGE 02/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SHIRLEY GROOMS, ) | |
| ) | |
| Plaintiff, ) | Case No. 05-281 |
| ) | |
| v. ) | Judge Dlott |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GARY GROOMS, ) | |
| ) | |
| Counterclaim Defendant. ) | |

### AGREED JUDGMENT ORDER

Each of the parties to this action, including the plaintiff, Shirley F. Grooms, and the counterclaim-defendant, Gary L. Grooms, in their own persons and by their undersigned counsel, James C. Frooman, and the defendant and Counterclaim-Plaintiff, the United States of America, by its undersigned counsel, Douglas W. Snoeyenbos, agree that judgment should be entered dismissing the claim of Shirley F. Grooms with prejudice, and in favor of the United States on its counterclaim for unpaid federal trust fund recovery penalty assessments for the last two quarters of 2000 and the first quarter of 2001, against Shirley R. Grooms in the amount of

Grooms\Agreed.Judgment

151365 Case 1:05-cv-00281-SJD Doc #: 23 Filed: 01/12/07 Page: 2 of 3 PAGEID #: 81
Case 1:05-cv-00281-SJD Document 23 Filed 01/11/2007 Page 2 of 3
01/09/2007 15:22    8432365664               MBE                           PAGE   03/04

$139,678.30, plus interest and other statutory additions accruing from and after November 27, 2006, and against Gary L. Grooms in the amount of $150,296.92, plus interest and other statutory additions accruing from and after November 27, 2006.

*/s/ James C. Frooman*
JAMES C. FROOMAN
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6707

*/s/ Shirley F. Grooms*
SHIRLEY F. GROOMS
14383 State Route 41
West Union, Ohio 45693

*/s/ Gary L. Grooms*
GARY L. GROOMS
14383 State Route 41
West Union, Ohio 45693

*/s/ Douglas W. Snoeyenbos*
DOUGLAS W. SNOEYENBOS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6558

2                                    Grooms\Agreed.Judgment

151365 Case 1:05-cv-00281-SJD Doc #: 28 Filed: 12/07 Page: 3 of 3 PAGEID #: 82
Case 1:05-cv-00281-SJD   Document 23   Filed 01/11/2007   Page 3 of 3

01/09/2007  15:22   8432365664                    MBE                           PAGE  04/04

Pursuant to the agreement of the parties, JUDGMENT IS HEREBY ENTERED dismissing the claim of Shirley F. Grooms with prejudice, and in favor of the United States on its counterclaim for unpaid federal trust fund recovery penalty assessments for the last two quarters of 2000 and the first quarter of 2001, against Shirley F. Grooms in the amount of $139,678.80, plus interest and other statutory additions accruing from and after November 27, 2006, and against Gary L. Grooms in the amount of $150,296.92, plus interest and other statutory additions accruing from and after November 27, 2006, with the parties to bear their own costs, including attorney's fees.

Done at Cincinnati, Ohio, this 17th day of January, 2007.

HON. SUSAN J. DLOTT
U.S. District Judge
Southern District of Ohio

3                           Grooms\Agreed.Judgment